# PD-1213-15

TO The Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 16 2015

Abel Acosta, Clerk

RE: Request for file Mark, Petitioners Pro-se Petition for Discretionary Review
Supplement Page 10, - "Extraneous offense"

C.O.A. NO: 14-14-15-00530-CR

Style : Christopher W. Parks v State of Texas

Trial Court: 75th District, Liberty Texas

Honorable Mark Morefield, Presiding

Dear Honorable Clerk,

Please find enclosed for filing Petitioner's Pro-se Petition for Discretionary Review Supplement page 10.

Petitioner is requesting for said Supplement page 10 to be filed with the 75th District Court of Liberty County Texas for Honorable Judge Mark Morefield to Review and Consider petitioners pleadings therein.

Respectfully Submitted,

Chris Parks     Pro-se
Christopher W. Parks #1933982
810 F.M. 2821
Huntsville, Texas 77349

Extraneous offense

Page 10 Continued...

As stated the extraneous offense of oral Sex (Rec.71-75) was in the Indictment to incorporate by Reference and affirmed My Indictment DA Case# F08160 and TRN# 91389057 A002 True Bill Indictment for Alleged Victim Hayden George the only Indictment Information Available 30 days before trial was missing information Essential Elements of Date, Place and Building of Where Crimes Occurred To Witt "Garage Next door to 207 Ray St 1st-4th Grade" to be able to Assert A Double Jeopardy Defense. The only information before trial was July 26, 2015 Anus-to-penis Sexual Contact September 13, 2011 through June 30, 2012. The Contradictory Statements for (2007-2011):

"The First time was 1st grade (2007) At a house on Ray street" (Rec-55) and "The first time was At a trailer on 2323" (2007)(Rec-141-142) Both extraneous events occurred in the Scope of 2007-2011. The essential Elements of Date, Place and Building of where Crimes occurred were missing in order to Assert A Double Jeopardy Defense. From indictment Proof of where I lived 2007-2011 "HomeVideo" Has Been Provided making both Statements false. See Judicial Notice of Home Video filed July 10, 2015.

Santos v Rivera, 183 F. 3d 367, 369 (5th Cir. 1999)

-10-